1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GAILLEEN E. SCHMIDT,

11
                    Plaintiff,                    No. 2:12-cv-00016 KJN
12         v.

13   COMMISSIONER OF SOCIAL
     SECURITY,
14
                    Defendant.              ORDER
15   _____/

16         On January 6, 2012, the court issued an "Order Re Consent or Request for

17   Reassignment" which stated that "[w]ithout the written consent of all parties, pursuant to 28

18   U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this

19   case.  Accordingly, within 90 days, all parties shall complete and return the enclosed Consent to

20   Assignment or Request for Reassignment."  (Dkt. No. 7-1.)  Although that deadline has passed,

21   the court's record shows that plaintiff has not yet filed the above-mentioned form, and the court

22   is presently unable to determine whether the case needs to be reassigned to a United States

23   District Judge.

24         Accordingly, within fourteen (14) days of this order, plaintiff shall file a statement

25   indicating whether or not plaintiff wishes to consent to the jurisdiction of a United States

26   Magistrate Judge for all further proceedings, including the entry of a final judgment, pursuant to

1

1   28 U.S.C. § 636(c).

2              IT IS SO ORDERED.

3   DATED:  September 21, 2012

4

5                                          _____

6                                          KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2